The People of the State of Illinois, defendant in error, v. Michael Heitler and Henry Kimel, plaintiffs in error. Gen. Nos. 30,894 and 30,895.

Prosecution for keeping house of ill-fame. Judgment of conviction. Error to the Criminal Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Benjamin E. Cohen, for plaintiffs in error; H. J. Rosenberg, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Edward F. McMullen, plaintiff in error, v. Illinois Central Railroad Company, defendant in error. Gen. No. 30,896.

Action for personal injuries. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

James C. McShane, for plaintiff in error. Vernon W. Foster, for defendant in error; W. S. Horton and J. G. Drennan, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Sarah Gillam et al., appellees, v. W. M. Roberson, appellant. Gen. No. 30,918.

Action for rent. Order denying motion to vacate judgment by confession. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

S. A. Beadle, for appellant. Lazar H. Gladstone, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

W. C. Burwell, appellee, v. C. Ascher, trading as Ascher's Motor Exchange, appellant. Gen. No. 30,937.

Action for breach of contract. Judgment for plaintiff. Appeal from the City Court of Chicago Heights; the Hon. Lee W. Carrier, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926.

Meier & Poorman, for appellant. Abbott, Hood & Smith, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.